IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02800-RPM-KMT

STEVE BARNHILL,

    Plaintiff,

v.

IMPACT SALES, INC.,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Motion to Withdraw as Counsel" [Document #14, filed March 04, 2009] is **GRANTED.** Attorney F.M. Saad and Attorney Alyssa K. Yatsko are relieved of any further representation of Defendant, Impact Sales, Inc. in the above captioned matter. The Clerk of Court is instructed to remove counsel from the electronic certificate of mailing.

Defendant shall continue to be represented by Nancy Webber and Raymond Deeny of the law firm of Sherman & Howard, LLC

Dated:        March 06, 2009.