IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02800–RPM–KMT

STEVE BARNHILL,

    Plaintiff,

v.

IMPACT SALES, INC.,

    Defendant.

## MINUTE ORDER

Defendant's "Motion to Amend Answer and Certification Pursuant to D.C.COLO.LCivR 7.1" (Doc. No. 27, filed April 22, 2009), to which no response was filed, is GRANTED.  The Clerk of Court shall file the Amended Answer, heretofore attached to the motion as Exhibit C (Doc. No. 27-3).

Dated: May 15, 2009