IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02800–RPM–KMT

STEVE BARNHILL,

    Plaintiff,

v.

IMPACT SALES, INC.,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Unopposed Motion of Defendant to Vacate and Reschedule Settlement Conference" (# 33, filed June 11, 2009) is GRANTED.  The settlement conference currently scheduled for June 30, 2009 is VACATED.  The parties shall place a conference call to chambers no later than 5:00 p.m. on June 22, 2009 in order to reschedule the settlement conference.

Plaintiff is ORDERED to file a Response to "Defendant's Motion to Amend Scheduling Order" (# 31, filed June 10, 2009) no later than June 30, 2009.

Dated: June 15, 2009