IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02800-RPM-KMT

STEVE BARNHILL,

    Plaintiff,

v.

IMPACT SALES, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The unopposed "Defendant's Motion to Amend Scheduling Order" (# 31, filed June 10, 2009) is GRANTED. The Scheduling Order The expert witness disclosure deadline is extended to October 20, 2009; the rebuttal expert witness disclosure deadline is extended to November 19, 2009; the discovery cut-off is extended to December 21, 2009; and the dispositive motions deadline is extended to January 20, 2010.

Dated: June 17, 2009