IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02800-RPM-KMT

STEVE BARNHILL,

    Plaintiff,

v.

IMPACT SALES, INC.,

    Defendant.
_____

ORDER REMOVING CASE FROM CALENDAR CALL
_____

    Pursuant to the Notice of Settlement filed today, it is

    ORDERED that this case is removed from the October 2, 2009, Calendar Call.

Counsel shall submit dismissal documents by Thursday, October 15, 2009.

    Dated: October 1st, 2009

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge