IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02800-RPM-KMT

STEVE BARNHILL,

    Plaintiff,

v.

IMPACT SALES, INC.,

    Defendant.
_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [44], it is

    ORDERED that this case is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    Dated: October 30, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge